IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Criminal No. 1:17-CR-384 (TJM) |
| | ) | |
| v. | ) | **Indictment** |
| | ) | |
| **JAQUAN WALKER,** | ) | Violation: 21 U.S.C. § 841(a)(1) [Possession with Intent to Distribute a Controlled Substance (Cocaine Base)] |
| | ) | |
| | ) | 1 Count |
| **Defendant.** | ) | County of Offense:   Rensselaer |

**THE GRAND JURY CHARGES:**

**COUNT 1**
**[Possession with Intent to Distribute a Controlled Substance (Cocaine Base)]**

On or about September 2, 2017, in Rensselaer County in the Northern District of New York, the defendant, **JAQUAN WALKER**, knowingly and intentionally possessed with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1). That violation involved 28 grams or more of a mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(B).

Dated:   November 30, 2017

A TRUE BILL,   **Name Redacted

Grand Jury Foreperson

GRANT C. JAQUITH  
Acting United States Attorney

By: *[signature]*  
Wayne A. Myers  
Joseph A. Giovannetti  
Assistant United States Attorneys  
Bar Roll Nos. 517962 and 520304